IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**KERBIN UMANA AGUILAR**
**AKA KERBIN UAMAN,**

    Defendant.

CR NO: 2:25-cr-0250-JAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Kerbin Umana Aguilar
Detained at: Auburn Jail, 2775 Richardson Drive, Auburn, CA 95603

Detainee is: a.) ☒ charged in this district by: ☐ Indictment ☒ Information ☐ Complaint
charging detainee with: 18 USC § 922(a)(1)(a)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Caily Nelson
Printed Name & Phone No: CAILY NELSON – 916-202-3228
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: November 5, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Kerbin Umana | ☒Male ☐Female | |
| Booking or CDC #: | Booking Number 2408086 | DOB: | 05/28/1991 |
| Facility Address: | 2775 Richardson Drive, Auburn CA | Race: | |
| Facility Phone: | 530-745-8500 | FBI#: | V7WDX8063 |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____  _____
                                                (signature)