CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for KERBIN UMANA AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00250-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |
| vs. | |
| KERBIN UMANA AGUILAR, | DATE:   April 28, 2026 |
| | TIME:   9:00 a.m. |
| Defendants. | JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Caily Nelson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant KERBIN UMANA AGUILAR, that the sentencing hearing scheduled for April 28, 2026, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on July 14, 2026, at 9:00 a.m. in order for the defense to pursue relevant mitigating information prior to sentencing.  The parties further request that the schedule of disclosure be modified as follows:

Informal Objections:          6/16/2026

Final PSR:                    6/23/2026

Motion for Correction:        6/30/2026

Reply, or Non-Opposition:     7/7/2026

J&S:                          7/14/2026

04/06/26

DATED:      April 1, 2026           /S/     Caily Nelson
                                    ERIC GRANT
                                    by CAILY NELSON
                                    Attorney for Plaintiff


DATED:      April 1, 2026           /S/     Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for KERBIN UMANA AGUILAR


## ORDER

IT IS SO ORDERED, that the April 28, 2026 judgment and sentencing in the above-entitled matter is **VACATED** and **CONTINUED** to **July 14, 2026, at 9:00 a.m.** The schedule of disclosure is **MODIFIED** as proposed.

IT IS ORDERED.

Dated: April 6, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

04/06/26