CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for KERBIN UMANA AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00250-JAM |
| Plaintiff, | **SECOND STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |
| vs. | |
| KERBIN UMANA AGUILAR, | DATE:   July 14, 2026 |
| | TIME:   9:00 a.m. |
| Defendants. | JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Caily Nelson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant KERBIN UMANA AGUILAR, in consultation with US Probation, that the sentencing hearing scheduled for July 14, 2026, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on September 22, 2026, at 9:00 a.m. in order for the defense to pursue relevant mitigating information prior to sentencing. The parties further request that the schedule of disclosure be modified as follows:

Motion for Correction:        9/8/2026

Reply, or Non-Opposition:     9/15/2026

J&S:                          9/22/2026

//

//

07/02/26

DATED:     July 1, 2026          /S/     Caily Nelson
                                 ERIC GRANT
                                 by CAILY NELSON
                                 Attorney for Plaintiff


DATED:     July 1, 2026          /S/     Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for KERBIN UMANA AGUILAR


**ORDER**

**IT IS HEREBY ORDERED** that the Judgment and Sentencing scheduled for July 14, 2026, is **CONTINUED** to **September 22, 2026, at 9:00 a.m.**  The schedule of disclosure for the PSR is as follows: motion for correction due by **September 08, 2026**, and reply, or non-opposition due by **September 15, 2026**.

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., five (5) calendar days in advance of the date set for judgment and sentencing.

Dated: July 02, 2026
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

07/02/26