CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for KERBIN UMANA AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KERBIN UMANA AGUILAR,<br><br>Defendants. | Case No.: 2:25-cr-00250-JAM<br><br>**THIRD STIPULATION AND ORDER CONTINUING SENTENCING HEARING**<br><br>DATE: September 22, 2026<br>TIME: 9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Caily Nelson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant KERBIN UMANA AGUILAR, in consultation with US Probation, that the sentencing hearing scheduled for September 22, 2026, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on February 9, 2027, at 9:00 a.m. in order for the defense to pursue relevant mitigating information prior to sentencing. The parties further request that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Motion for Correction: | **01/26/2027** |
| Reply, or Non-Opposition: | **02/02/2027** |
| J&S: | 02/09/2027 |

//

//

DATED: September 8, 2026 /S/ Caily Nelson
ERIC GRANT
by CAILY NELSON
Attorney for Plaintiff

DATED: September 8, 2026 /S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for KERBIN UMANA AGUILAR

**ORDER**

Based on the third stipulation of the parties, the September 22, 2026 judgment and sentencing is **VACATED** and **RESET** for **February 09, 2027, at 9:00 a.m.**, before Senior District Judge John A. Mendez. The PSR schedule shall be **MODIFIED** as set forth above.

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 PM, seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 PM, five (5) calendar days in advance of the date set for judgment and sentencing.

**IT IS SO ORDERED**.

Dated: September 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE